NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000467**
**12-JUN-2018**
**07:55 AM**

NO. CAAP-18-0000467

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

In the Interest of
ST-J, FJ, ON and HKN

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 16-00211)

ORDER GRANTING THE JUNE 5, 2018 MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Mother-Appellant's June 5, 2018 Motion to Withdraw Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, pursuant to Hawai‘i Rules of Appellate Procedure Rule 42(a).

DATED: Honolulu, Hawai‘i, **June 12, 2018.**

Chief Judge

Associate Judge

Associate Judge